THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE APOSTLESHIP OF PRAYER, Respondent, *v.* LAWSON PURDY et al., Constituting the Board of Taxes and Assessments of the City of New York, Appellants.

*People ex rel. Apostleship of Prayer* v. *Purdy*, 126 App. Div. 951, affirmed.
   (Argued February 8, 1909; decided February 23, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 26, 1908, which affirmed an order of Special Term sustaining a writ of certiorari and vacating an assessment for taxation upon real property of the relator.

*Francis K. Pendleton, Corporation Counsel (David Rumsey* and *George H. Folwell* of counsel), for appellants.

*Joseph H. Fargis* for respondent.

Order affirmed, with costs; no opinion.
   Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

———————————

THE PEOPLE OF THE STATE OF NEW YORK ex rel. A. LESCHEN & SONS ROPE COMPANY, Appellant, *v.* JOHN J. BRADY et al., Constituting the Board of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Leschen & Sons Rope Co.* v. *Brady*, 128 App. Div. 927, affirmed.
   (Argued February 8, 1909; decided February 23, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 6, 1908, which affirmed an order of Special Term dismissing a writ of certiorari and confirming an assessment for taxation upon the personal property of the relator, a non-resident corporation.

*Herbert C. Smyth* and *Charles C. Sanders* for appellant.

*Francis K. Pendleton, Corporation Counsel (David Rumsey* and *William H. King* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.